# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:20cr22-4 |
| | ) | |
| STACEY BENTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Counsel in the above-captioned case has advised the Court that all pretrial motions filed on behalf of the defendant have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that all pretrial motions filed on behalf of the defendant, Stacey Benton, are DISMISSED.

SO ORDERED, this 30th day of October 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA